1 | Mohammad A. Ebrahimi /Nabila Ebrahimi
370 Mercedes Avenue
2 | Pasadena, California 91107

3 | In Pro Per



FILED
CLERK, U.S. DISTRICT COURT

APR 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD A. EBRAHIMI, an individual,
Nabila Ebrahimi

                 Plaintiff,

v.

CITY OF ARCADIA, a government agency,
ARCADIA POLICE DEPARTMENT, a
government agency, and DOES 1 through 20,
inclusive,

                 Defendants.

Case No.: **LA CV15 3119**
JVS(DB)

**PLAINTIFF'S COMPLAINT FOR**

**(1) EXCESSIVE USE OF FORCE IN
MAKING ARREST;
(2) UNLAWFUL ARREST; AND
(3) BATTERY**

20 | TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

21 | HEREIN:

22 | Mohammad A. Ebrahimi alleges as follows:

23 | ### PARTIES

24 |     1.    That at all times mentioned herein, Plaintiff Mohammad A. Ebrahimi ("Plaintiff") was

25 | and is a resident of the Pasadena, County of Los Angeles, State of California.

26 |     2.    Plaintiff 's informed a believes and upon such information and belief alleges that at all

27 | times herein the City of Arcadia ("Arcadia") was and is a government agency within the County of Los

28 | Angeles, State of California.

3.     Plaintiff does not know the true names and capacities of the defendants sued herein as DOES 1 through 20 ("DOE Defendants"), inclusive, and therefore sues said DOE Defendants by fictitious names.  Plaintiff is informed and believe and based on such information and belief aver that each of the DOE Defendants is contractually, strictly, negligently, intentionally, vicariously liable and or otherwise legally responsible in some manner for the acts and omissions described herein.  Plaintiff will amend this Complaint to set forth the true names and capacities of each DOE Defendant when same are ascertained.

4.     Plaintiff is informed and believe and based on such information and belief avers that Defendants, and each of them, are and at all material times have been, the agents, servants or employees of each other, purporting to act within the scope of said agency, service or employment in performing the acts and omitting to act as averred herein.

5.     Each of the Defendants named herein are believed to, and are alleged to have been acting in concert with, as employee, agent, co-conspirator or member of a joint venture of, each of the other

6.     Defendants, and are therefore alleged to be jointly and severally liable for the claims set forth herein, except as otherwise alleged.

**JURISDICTION**

7.     This action arises under Title 42 U.S. Code Sections 1983 and 1988 and the United States Constitution. The jurisdiction of this court is invoked under 28 U.S. Code Sections 1331 and 1343. The supplemental jurisdiction of this court is also invoked.

8.     Venue is proper in the Central District of California because all of the acts and omissions complained of occurred within said District, to wit, within the State of California, County of Los Angeles.

**GENERAL ALLEGATIONS**

9.     In or around August 20, 2014, Plaintiff, who is a native of Afghanistan, was approached by Arcadia police officers as he stood by his vehicle in the Arcadia city limits.  The officers told Plaintiff a call had been made stating Plaintiff had a gun.  Plaintiff assured the officers he did not have a gun and told the officers they could check his car.

/ / /

10.     Thereafter the officers continued to harass Plaintiff without any cause. Plaintiff asked the officers to explain why he was being singled out, but was given no answer.

11.     After the officers checked Plaintiff's vehicle registration they stated there was a registration problem and the vehicle would have to be impounded. Plaintiff pointed out that he was an authorized car dealer and the vehicle was being driven legally for a certain number of miles so it could have the smog check completed and receive the registration in preparation to sell the vehicle. The car was being driven a certain number of miles at the direction of the service station performing the smog check. Plaintiff showed the officers the documentation showing the vehicle was being driven legally.

12.     Notwithstanding the foregoing, the officers proceeded to impound the car. When Plaintiff objected, the officers began acting aggressively toward Plaintiff. The officers pushed Plaintiff onto the ground causing Plaintiff to hit his face on the concrete. Then, one of the officers stepped on the back of Plaintiff's head forcing his face into the ground again while putting handcuffs on Plaintiff and placing him under arrest. After hitting his face Plaintiff felt disoriented, as if he had suffered a concussion.

13.     When the officers picked Plaintiff up off the ground they saw the injury to Plaintiff's face. This prompted them to take Plaintiff to the emergency room for examination. After being treated and released at the emergency room, the officers stated Plaintiff was not going to be taken to jail, but he only needed to go to the police station to get finger printed and questioned.

14.     After leaving the emergency room Plaintiff went to the Arcadia police station where he was finger-printed and submitted to being questioned. While there, Plaintiff again felt the effects of the head trauma. The officers at the police station called 911 and an ambulance took Plaintiff to the emergency room once again. Plaintiff was held at the emergency room for treatment and released.

15.     Since the incident, Plaintiff has suffered from headaches, neck pain, facial pain in addition to other effects of the injury caused by the officers.

16.     The officers' actions were unprovoked and done with a complete disregard for Plaintiff's health or safety. Plaintiff has suffered physical and other harm, and now seeks relief from the Court.

/ / /

/ / /

**FIRST CAUSE OF ACTION**

**EXCESSIVE USE OF FORCE IN MAKING ARREST**

17.     Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 16, inclusive, as though fully set forth herein.

18.     As described above, the officers assaulted, battered, and used excessive force on Plaintiff. This excessive forced caused Plaintiff to suffer injuries to his head neck and face.  Plaintiff is informed and believes, and thereon alleges the officers committed such acts because Plaintiff is from Afghanistan.

19.     The foregoing violated plaintiff's right under the Fourth Amendment to be secure in his person from unreasonable seizures.

20.     As a direct and legal result of the foregoing, plaintiff was hurt and injured in his health, strength, and activity, sustaining injury to his body and shock and injury to his nervous system and person, which have caused, and will continue to cause, plaintiff great physical, mental, and emotional pain and suffering, all to his general damage in a sum which will be proven at trial.

21.     As a direct and legal result of the foregoing, plaintiff was required to, and did, and will in the future, employ health care practitioners to examine, treat, and care for him, and did, and will in the future, incur medical and incidental expenses, including prejudgment interest.

22.     As a direct and legal result of the foregoing, plaintiff has been and will continue to be prevented from attending to his usual occupation, to his further damage in a sum of no less than $800,000.00.

**SECOND CAUSE OF ACTION**

**UNLAWFUL ARREST**

23.     Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 22, inclusive, as though fully set forth herein.

24.     The Arcadia police officers, without a warrant and without probable cause, arrested plaintiff in violation of plaintiff's Fourth Amendment right to be secure in his person from unreasonable seizure and his Fourteenth Amendment right not to be deprived of his liberty without due process of law.

25.     For the foregoing wrongdoing, Plaintiff is entitled to relief in an amount of no less than $800,000.00.

### THIRD CAUSE OF ACTION

#### BATTERY

26.     Plaintiff incorporates herein by reference the allegations made in paragraphs 1 through 25, inclusive, as though fully set forth herein.

27.     As a direct and legal result of the foregoing, plaintiff was hurt and injured in his health, strength, and activity, sustaining injury to his body and shock and injury to his nervous system and person, which have caused, and will continue to cause, plaintiff great physical, mental, and emotional pain and suffering, all to his general damage in a sum which will be proven at trial.

28.     As a direct and legal result of the foregoing, plaintiff was required to, and did, and will in the future, employ health care practitioners to examine, treat, and care for him, and did, and will in the future, incur medical and incidental expenses, including prejudgment interest.

29.     As a direct and legal result of the foregoing, plaintiff has been and will continue to be prevented from attending to his usual occupation, to his further damage in a sum of no less than $800,000.00.

#### PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against the Defendants and each of them, jointly and severally, as follows:

1.     For compensatory, special, general and punitive damages against Defendants in an amount of no less than $800,000.00.

2.     For civil penalties pursuant to statute, restitution, injunctive relief and reasonable fees according to proof.

3.     For reasonable costs of suit and such other and further relief as the Court deems proper.

Dated:

Mohammad Ebrahimi, Plaintiff

Nabila Ebrahimi

PLAINTIFF'S COMPLAINT

1

2

3

4

5

6

7

8

9

20

21

22

23

24

25

26

27

28

PLAINTIFF'S COMPLAINT

# Claim for damages

## (Government code: 910  et.seq)

### October 03,2014

To: City Clark For the city of arcadia

OCT   6  2014

**Mohammad Amin Ebrahimi & Nabila Ebrahimi**

**370 Mercedes Ave**

**Pasadena ca 91107**

**240 W. Huntington drive**

**Pasadena ca 91107**

Assault, arrest, false report, city of Arcadia police department officer(S) detained and arrested claimant for an alleged violation of penal  code section 647(F), public intoxication. During   their seizer  of his. Arcadia police department officers used unreasonable force on claimant, including but not limited to shooting his the face and electrically shooing his with a taster. During their seizure of his Arcadia police justify their arrest and use of force on clamant, arcadia police department officers also failed to property release claimant from custody and submitted false criminally prosecuted. It is believed that the involved officers have attempted to cover up their misconduct, possibly, or creating false records or reports. In addition , it is believe that their city permits various practices which cause constitutional violation like those in this case, including but not limited to, falling to instate or maintain polices or practice to adequately protect against persons being wrongfully arrested, subjected to excessive force , and /or held in custody: failing to insure that all employee law enforcement officer follow procedures, if any, designed to protect against person being wrongfully arrested , subject to excessive as to prevent incidents such as that complaint of herein; failing to require adequate, appropriate and truthful record keeping so as to prevent incident such as that complained of herein,

On August, 20 2014 on 301 E.Foothill blvd arcadia ca 91106 Mohammad Amin Ebrahimi  7 officer showup  3 officer handcuff me then pushing me down than put his shoes under my face and keep pushing ,and keep pushing under my face. For almost ½ hour,deliver me to Hospital .Took me to Arcadia police Jail book me .Than deliver me back To the Hospital give me tiket& fale Report...

Act or omission causing injuries: city of Arcadia police officers detained and arrested claimant an alleged violation of city of Arcadia police department officer(S) detained and arrested claimant for an alleged violation of penal code section 647(F), public intoxication. During their seizer of his. Arcadia police department officers used unreasonable force on claimant, including but not limited to shooting his the face and electrically shooing his with a taster. During their seizure of his Arcadia police justify their arrest and use of force on clamant, arcadia police department officers also failed to property release claimant from custody and submitted false criminally prosecuted. It is believed that the involved officers have attempted to cover up their misconduct, possibly, or creating false records or reports. In addition , it is believe that their city permits various practices which cause constitutional violation like those in this case, including but not limited to, falling to instate or maintain polices or practice to adequately protect against persons being wrongfully arrested, subjected to excessive force , and /or held in custody: failing to insure that all employee law enforcement officer follow procedures, if any, designed to protect against person being wrongfully arrested , subject to excessive as to prevent incidents such as that complaint of herein; failing to require adequate, appropriate and truthful record keeping so as as to prevent incident such as that complained of herein,

Name of person causing injuries:

Mohammad is not ware of all the officers or employee who caused claimant suffers. Responsible include city of Arcadia supervisory injuries including but not limited to those resulting from being shot in face  and eccentrically shocked with a teaser ; trauma, emotional distress, upset, humiliation and embarrassment; out-of-pocket costs.

## Amount of money claimed at this time with the jurisdiction of the superior court, above and beyond limited jurisdiction $800,000.00

Metidist Hospital emergency room : witnesses: all the law enforcement officer who were present for any part of the incident ; claimant; witnesses identified in any of personal who saw or treated claimant in connection with injuries from this include; addresses of such person are currently unknown to claimant.

Notice of waiver of dependence based on defend or omission to government code 911: any defenens based on an asserted insufficiency , defend or omission in this shall be waived by a failure to give notice of the insufficiency pursuant to government code 911.

Mohammad Amin Ebrahimi

10/31/14

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| *Mohammad Amin Ebrahimi* | |

TELEPHONE NO.: *626 716 1597*   FAX NO. (Optional): *626 744-0631*
E-MAIL ADDRESS (Optional): *Pasadenacordear@Gmail.com*
ATTORNEY FOR (Name): *in pre per*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: *Mohammad Amin Ebrahimi*
DEFENDANT/RESPONDENT: *City of Arcadia Police*

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER: |
|---|---|
| | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
   *City of Arcadia*
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*   (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 American LegalNet, Inc. www.FormsWorkflow.com |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**:  Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| ☐ Yes  ☐ No | A PLAINTIFF?  Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?  Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| If "no," go to Question C.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☒ Los Angeles | ☒ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.  Is either of the following true?  If so, check the one that applies:**

☒ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2.  Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | |

# EXHIBIT.......(1)..............

# ARCADIA   POLICE.........



ARCadia Police



BOOKING IMAGES



ARCadia police.