JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD EBRAHIMI, et al., | Case No. CV 15-03119- JVS (KES) |
| Plaintiffs, | JUDGMENT |
| vs. | |
| CITY OF ARCADIA , et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: September 18, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1